# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

Donald Henneberg
Y40172
_____

Plaintiff(s)/Petitioner(s)

v.

Vandalia officials
_____

Defendant(s)/Respondent(s)

Case Number: 20-303-NJR
(Clerk's Office will provide)

☒ CIVIL RIGHTS COMPLAINT
pursuant to 42 U.S.C. §1983 (State Prisoner)
☐ CIVIL RIGHTS COMPLAINT
pursuant to 28 U.S.C. §1331 (Federal Prisoner)
☐ CIVIL COMPLAINT
pursuant to the Federal Tort Claims Act, 28 U.S.C.
§§1346, 2671-2680, or other law

## I. JURISDICTION

**Plaintiff:** Donald Henneberg

A. Plaintiff's mailing address, register number, and present place of confinement.
P.O. Box 500
Vandalia, IL 62471

**Defendant #1:**

B. Defendant __Vandalia officials__ is employed as
   (a) (Name of First Defendant)
   __officials__
   (b) (Position/Title)
with __Vandalia Prison P.O. Box 500 Vandalia, IL 62471__
   (c) (Employer's Name and Address)

At the time the claim(s) alleged this complaint arose, was Defendant #1 employed by the state, local, or federal government? ☒ Yes ☐ No

If your answer is YES, briefly explain: Employees at Vandalia Prison

Rev. 10/3/19                                1

**Defendant #2:**

C. Defendant _____N/A_____ is employed as

(Name of Second Defendant)

_____
(Position/Title)

with _____
(Employer's Name and Address)

_____

At the time the claim(s) alleged in this complaint arose, was Defendant #2 employed by the state, local, or federal government?   ☐ Yes   ☒ No

If you answer is YES, briefly explain: N/A

**Additional Defendant(s) (if any):**

D. Using the outline set forth above, identify any additional Defendant(s).

N/A

II.  PREVIOUS LAWSUITS

   A.   Have you begun any other lawsuits in state or federal court while you were in prison or jail (during either your current or a previous time in prison or jail), e.g., civil actions brought under 42 U.S.C. § 1983 (state prisoner), 28 U.S.C. § 1331 (federal prisoner), 28 U.S.C. §§ 1346, 2671-2680, or other law?   ☐Yes  ☒No

   B.   If your answer to "A" is YES, describe each lawsuit in the space below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper using the same outline. **List ALL lawsuits in any jurisdiction and indicate the court where they were filed to the best of your ability**, including those that resulted in the assessment of a "strike" under 28 U.S.C. § 1915(g) and/or those that were dismissed for being frivolous, malicious, or for failure to state a claim (see 28 U.S.C. § 1915A; 28 U.S.C. § 1915(e)(2); Federal Rule of Civil Procedure 12(b)(6)). FAILURE TO FULLY DISCLOSE YOUR LITIGATION HISTORY, INCLUDING "STRIKES," MAY RESULT IN SANCTIONS THAT INCLUDE DISMISSAL OF THIS ACTION.

   1. Parties to previous lawsuits:
      Plaintiff(s):  N/A

      Defendant(s):

   2. Court (if federal court, name of the district; if state court, name of the county):  N/A

   3. Docket number:  N/A

   4. Name of Judge to whom case was assigned:  N/A

   5. Type of case (for example: Was it a habeas corpus or civil rights action?):  N/A

   6. Disposition of case (for example: Was the case dismissed? Was it appealed? Is it still pending?):  N/A

7. Approximate date of filing lawsuit: N/A

8. Approximate date of disposition: N/A

9. Was the case dismissed as being frivolous, malicious, or for failure to state a claim upon which relief may be granted and/or did the court tell you that you received a "strike?" N/A

III. **GRIEVANCE PROCEDURE**

A. Is there a prisoner grievance procedure in the institution? ☒ Yes ☐ No

B. Did you present the facts relating to your complaint in the prisoner grievance procedure? ☒ Yes ☐ No

C. If your answer is YES,
   1. What steps did you take? wrote grievance, and also wrote to Illinois review board about my rights (Due Process) being violated.
   2. What was the result? Got no response back, and restrictions are still held against me, including loss of goodtime

D. If your answer is NO, explain why not. N/A

E. If there is no prisoner grievance procedure in the institution, did you complain to prison authorities? ☐ Yes ☒ No

F. If your answer is YES,
   1. What steps did you take? N/A

   2. What was the result? N/A

Rev. 10/3/19                                       4

G. If your answer is NO, explain why not. N/A

H. Attach copies of your request for an administrative remedy and any response you received. If you cannot do so, explain why not:

I never got any response or copies back, and that is why I'm filing this complaint, ~~nothing~~ no verdict on the request for administrative review has been submitted as of yet.

IV.  **STATEMENT OF CLAIM**

   A.  State here, as briefly as possible, when, where, how, and by whom you feel your constitutional rights were violated. Do not include legal arguments or citations. If you wish to present legal arguments or citations, file a separate memorandum of law. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. If your claims relate to prison disciplinary proceedings, attach copies of the disciplinary charges and any disciplinary hearing summary as exhibits. You should also attach any relevant, supporting documentation.

On 02/11/20 I was written a ticket in Dorm G by first shift officer John Doe, of medium height and build, brown hair, late twenties, early thirties. Saying I refused to go to the morning medication line, but I don't get morning medication, so I didn't go to get in the line, the line had already left and the officer said my name was on the list and my dumbass should have known and he was going to write me up as a refused to go. I have witnesses to prove I never refused to go, just wasn't in line because I don't get morning medication, I also can get medical records to show I don't get medication. After I got my ticket, I wrote a written request, asking to exercise my right for an extension on my hearing date to gather my evidence and witnesses (names) and give it to the same officer. I was called to the hearing a couple days later, I explained to the officers at the hearing I wrote a written request for an extension to gather my evidence and they said they couldn't find it, I then asked verbally for time to gather my evidence and they said no, found me guilty and said this hearing is over and I could leave now. They denied me my rights (Due Process) to prove my innocence. I don't know if hearings are recorded, or records kept, but they will show what I'm claiming to be true and accurate, and that my Due Process rights were violated and being found guilty because of the fact.
Hearing Committee officers; Kristina H.
Chris Weber

V.  **REQUEST FOR RELIEF**

State exactly what you want this court to do for you. If you are a state or federal prisoner and seek relief which affects the fact or duration of your imprisonment (for example: illegal detention, restoration of good time, expungement of records, or parole), you must file your claim on a habeas corpus form, pursuant to 28 U.S.C. §§ 2241, 2254, or 2255. Copies of these forms are available from the clerk's office.

I am Seeking $250,000 in punitive damages, loss of privileges and loss of goodtime.

VI.  **JURY DEMAND** (*check one box below*)

The plaintiff ☒ does ☐ does not request a trial by jury.

**DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11**

I certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11 may result in sanctions.

Signed on: 03/12/20 (date)

Signature of Plaintiff

P.O. Box 500
Street Address

Donald Henneberg
Printed Name

Vandalia, IL 62471
City, State, Zip

Prisoner Register Number

Signature of Attorney (if any)

Rev. 10/3/19               7

also mail a copy of that document to all other parties, or if they have counsel, to that attorney. When you file your paper with the clerk, you must include a **Certificate of Service**, using the format shown below. Any pleading or other document received by the court that fails to include a certificate of service may be disregarded. Note, however, that some prison facilities participate in an electronic filing program. **In general, you are not required to mail copies of documents to parties if your facility participates in an electronic filing program, because parties who participate in electronic filing will receive the document electronically.** And, pursuant to General Order No. 2012-1, the clerk will mail a copy of electronically filed documents to any party who does not receive the document electronically. You may, however, be required to mail copies of a proposed document, such as a proposed amendment to a pleading. Additional information about electronic filing (and General Order No. 2012-1) is available through prison library staff.

---

### CERTIFICATE OF SERVICE

I certify that a copy of this ___Civil Rights Claim___ was mailed/delivered
(Name of Document)

to ___Donald Henneberg P.O. Box 500 Vandalia, IL 62471___ on ___03/12/20___.
(Name and Address of Party/Attorney)                (Date)


_____
Signature

___Donald Henneberg___
Printed Name

---

12. Do not write letters to the court regarding your case. Such contact is improper. If you wish to provide information or ask the court to do something, you must file a motion with the clerk.

13. You are responsible for learning and following the procedures that govern the court process. The district judges, magistrate judges, clerk of court, and their staff are forbidden as a matter of law from providing legal advice. Legal advice should be sought from an attorney or legal clinic.

Page 3 of 4